Stephen L. and Deborah L.
MILLER, Appellants,

v.

Lawrence E. MILLER, Respondent.

No. WD 48395.

Missouri Court of Appeals,
Western District.

Nov. 8, 1994.

James A. Rahm, Carrollton, for appellants.

Edward C. Clausen, Jefferson City, for respondent.

Before ULRICH, P.J., and
LOWENSTEIN and HANNA, JJ.

### ORDER

PER CURIAM.

The plaintiffs appeal a judgment in favor of the defendants on their claims of negligence and loss of consortium.

Judgment affirmed.   Rule 84.16(b).

Hadley J. LITTEREST, Respondent,

v.

Cindy Leigh LITTEREST, Appellant.

No. 64959.

Missouri Court of Appeals,
Eastern District,
Southern Division.

Nov. 8, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 14, 1994.

Application to Transfer Denied
Jan. 24, 1995.

James Carmody, Susan M. Hais, St. Louis, for appellant.

Carl D. Kinsky, Ste. Genevieve, for appellee.

Before GRIMM, C.J., and WHITE, and DOWD, JJ.

### ORDER

PER CURIAM.

This is an appeal from a decree of dissolution of marriage.   We note initially three motions were taken with the case.   Husband's motion to supplement the record with certain documents is sustained.   Wife's motion to strike certain documents from the appendix of husband's brief is denied.   Husband's motion to dismiss the appeal is denied.

Wife argues the trial court erred in its classification and division of property.   Wife also argues the trial court erred in limiting her maintenance award to three months.   We affirm.   The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence.   No error of law appears.   A written opinion would have no precedential value.   Rule 84.16(b).